

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER WITHDRAWING MEDIATION ORDER

Cause number:      01-18-00902-CV

Style:             Monica  Vasquez Parsons v. Paul  G.  Parsons

Date motion filed: November 20, 2018

Type of Motion:    Objection to Mediation

Party filing motion: Appellee


It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated November 6, 2018.

Judge's signature: /s/ Harvey Brown

       x  Acting individually      Acting for the Court

       Panel consists of

Date: November 27, 2018

---

*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).